## CORPORATE RESOLUTION

### AUTHORIZING FILING OF BANKRUPTCY PETITION

I, James Pledger, do hereby certify that this Resolution of the Board of Directors of JDJ LLC ("the Company"), a corporation duly organized and existing under the laws of Florida, authorizing the Company to file a voluntary bankruptcy petition was adopted on May 18, 2026.

**WHEREAS,** it is in the best interests of the Company, its creditors, and other interested parties for the Company to file a voluntary petition for relief under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

**BE IT HEREBY RESOLVED** that the filing of a voluntary bankruptcy petition on the Company's behalf is authorized;

**FURTHER RESOLVED** that James Pledger is authorized to execute all documents necessary for the Company to file a voluntary petition under chapter 11 of the Bankruptcy Code, including the voluntary petition and any schedules, lists, affidavits, certifications, or other required papers;

**FURTHER RESOLVED** that James Pledger is authorized to retain such other professionals as he or she deems necessary and appropriate to represent, assist, or consult with the Company during the bankruptcy case;

**FURTHER RESOLVED** that James Pledger is authorized to take any other actions necessary to accomplish the purpose of these resolutions; and

**FURTHER RESOLVED** that all acts lawfully done by James Pledger to effectuate the intent of these resolutions are hereby ratified and approved.

Date: _____

Signature _____

Name _James Pledger_

Title _Sole member_