United States Bankruptcy Court
Northern District of New York

In re:  JOJ LLC.

                                          Case No.
                                          Chapter 11

              Debtor(s).

_____

**Corporate Ownership Statement pursuant to Fed. R. Bankr. P. 1007(a) or 7007.1**

JOJ LLC. _____, a

☑ Corporate Debtor

☐ Party in an Adversary

☐ Party to a Contested Matter

☐ Member of Creditors Committee

makes the following disclosures(s):

☐   All parent and/or publicly held corporations that directly or indirectly own
    more than ten (10) percent of any class of the corporation's equity interest
    are listed below:

    Or

☑   There are no entities that directly or indirectly own more than ten (10)
    percent or more of any class of the corporation's equity interests.

Date: 5/18/2026          By: _____