UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

Hearing Date: June 18, 2026
Hearing Time: 10:30 a.m.
Hearing Location: Albany, NY

In re:

**JDJ LLC.,**

Debtor.

Chapter 11
Case No. 26-10557

**UNITED STATES TRUSTEE'S MOTION PURSUANT
TO 11 U.S.C § 1112(b) FOR DISMISSAL**

TO:   HONORABLE PATRICK G RADEL, UNITED STATES BANKRUPTCY JUDGE

William K. Harrington, the United States Trustee for Region 2 ("United States Trustee"),

by and through counsel, respectfully moves this Court for an order dismissing the Chapter 11 case

of **JDJ LLC** (the "Debtor").  In support thereof, the United States Trustee represents and alleges

as follows:

1.      Pursuant to 28 U.S.C. § 586(a)(3), the United States Trustee is charged with the

duty of supervising the administration of cases filed under Chapter 11.

2.      Section 586(a)(8) of title 28 states that "in any case in which the United States

Trustee finds material grounds for relief under section 1112 of title 11, the United States Trustee

shall apply promptly after making that finding to the court for relief."

3.      According to 11 U.S.C. § 307, the United States Trustee has standing to be heard

on any issue, in any bankruptcy case or proceeding.

4.      This Court has jurisdiction over this matter, pursuant to 28 U.S.C. § 157(b)(2)(A).

**STATEMENT OF FACTS**

5.      The Debtor commenced this case by filing a voluntary petition under Chapter 11 of

the Bankruptcy Code on May 18, 2026.

6.	The Debtor is pro se.

## BASIS FOR RELIEF

7.	Section § 1112(b)(1) states that a court *shall* convert or dismiss a Chapter 11 case upon a showing of cause.  (Emphasis added.)  Congress provided examples of what constitutes "cause" to convert or dismiss. 11 U.S.C. § 1112(b)(4)(F).  By statute, cause for dismissal or conversion, whatever is in the best interests of creditors, includes unexcused failure to satisfy timely any filing or reporting requirement established by this title or by any rule applicable to a case under this chapter.

8.	It is axiomatic that the list of possible "cause" stated in 11 U.S.C. § 1112(b)(4)(A) through (P) "is illustrative, not exhaustive." *In re C–TC 9th Ave. Partnership*, 113 F.3d 1304, 1311 (2d Cir. 1997).  The Court is authorized "to consider other factors as they arise, and to use its equitable powers to reach an appropriate result in individual cases." *Id.* at 1311, n. 5.

## ARGUMENT

### Cause for Dismissal: Failure to Comply With Local Bankruptcy Rule 9010-2 Requirement of Counsel for Non-Individuals

9.	A review of the docket shows that the Debtor filed this petition pro se which is in violation of  Local Bankruptcy Rule 9010-2 .

10.	Local Bankruptcy Rule 9010-2 requirement of counsel for non-individuals states that a non-individual debtor shall not be permitted to proceed under chapters 7, 9, 11, 12, or 15 without representation by an attorney duly admitted to the Northern District of New York. (b) Withdrawal of Counsel.  In the event that counsel for a non-individual debtor is permitted to

2

withdraw, the case is subject to dismissal unless new counsel is substituted. (c) Non-Individual

Entity.  A non-individual entity shall not be permitted to appear in any case without representation

by an attorney duly admitted to the Northern District of New York.

11.	The Debtor's petition is signed by James Pledger.

12.	There are sufficient grounds that establish cause for dismissal of this case, including

that a non-individual debtor shall not be permitted to proceed under chapters 7, 9, 11, 12, or 15

without representation by an attorney duly admitted to the Northern District of New York.  This

failure, standing alone, constitutes cause for dismissal of this case.

**WHEREFORE**, the United States Trustee respectfully requests that the Court enter an

order dismissing this case.

Dated: Albany, New York	Respectfully submitted,
     May 20, 2026

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE, REGION 2


/s/ Harrison E. Strauss
Harrison E. Strauss - Trial Attorney
OFFICE OF UNITED STATE TRUSTEE
Leo O'Brien Federal Building
11A Clinton Ave., Room 620
Albany, New York 12207
(518) 434-4553
Harrison.Strauss@usdoj.gov

3