So Ordered.

Signed this 18 day of June, 2026.



_____

Patrick G. Radel
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

_____

In re:

JDJ LLC,                                                              Chapter 11
                                                                     Case No.: 26-10557

                                    *Debtor*.

_____

## ORDER DISMISSING CASE

**WHEREAS**, on May 18, 2026, James Pledger filed a voluntary petition for relief under

Chapter 11 of the Bankruptcy Code on behalf of JDJ LLC ("Debtor"); and

**WHEREAS**, the Court issued and served an Order to Show Cause (Doc. 5) directing that

a member of the Debtor and/or authorized agent or attorney for the Debtor appear and show cause

on June 18, 2026, at 10:30 A.M. at the James T. Foley United States Courthouse, 445 Broadway,

Suite 330, Albany, New York, as to why the case should not be dismissed for failure to comply

with Local Rule 9010-2(a) ("A non-individual debtor shall not be permitted to proceed under

chapters 7, 9, 11, or 15 without representation by an attorney duly admitted to the Northern

District of New York."); and

**WHEREAS**, no one appeared at the June 18, 2026 hearing;

Now, based upon the foregoing, it is hereby

**ORDERED**, that the case is DISMISSED; and it is further

**ORDERED**, that the Clerk's Office shall mail a copy of this Order to Debtor.

###